UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENT A. ALLEN,

                              Plaintiff,

            -against-                                    1:21-CV-3468 (LTS)

ANTWAN PATTON (BIG BOI); ANTONIO                CIVIL JUDGMENT
REID (HITCO ENTERTAINMENT); JEFF
BEZOS (AMAZON),

                              Defendants.

        Pursuant to the order issued August 11, 2021, dismissing the complaint,

        IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

        Plaintiff has consented to receive electronic service of notices and documents in this

action. (ECF 3.)

SO ORDERED.

 Dated:    August 11, 2021
           New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge